CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

April 10, 2015

Mr. Neil Noble
P.O. Box 601464
Dallas , TX, 75360-1464

RE:     Court of Appeals Number:     05-15-00423-CV
        Trial Court Case Number:     MI-15-00087

Style:  In The Best Interest and Protection of N.N.

Dear Mr. Noble:

We have reviewed the clerk's record in the above case and have a question concerning our jurisdiction. Specifically, it appears your notice of appeal is untimely. Your notice of appeal indicates that you desire to appeal the trial court's January 22, 2015 orders for temporary in-patient mental health services and for administration of psychoactive medication. The order for in-patient services was modified on February 19, 2015 to provide for court ordered out-patient services. The temporary commitment statute provides a notice of appeal for court ordered mental health services must be filed not later than the 10th day after the date on which the order is signed. TEX. HEALTH & SAFETY CODE ANN. § 574.070. Appeals of orders compelling the administration of medication must also be filed within a ten-day period. TEX. HEALTH & SAFETY CODE ANN. § 574.070.

The statute does not provide for extension of this period by filing a motion for new trial or to modify the judgment. *See Johnstone v. State*, 988 S.W.2d 950, 956 (Tex. App.—Houston [1st Dist.] 1999), *rev'd on other grounds*, 22 S.W.3d 408 (Tex. 2000) (per curiam).[1] Your notice of appeal was not filed within ten days of the date of any of the trial court's orders. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

So that this Court can determine its jurisdiction over this appeal, you are requested to file, **within 10 days of the date of this letter**, a jurisdictional letter brief of no more than 3 pages

---

[1] The extension provisions of rule 26.3 of the Texas Rules of Appellate Procedure do apply to temporary commitment orders. *In re J.A.*, 53 S.W.3d 869, 871 (Tex. App.—Dallas 2001, no pet.). In this case, application of the extension provisions of rule 26.3 would not render the appeal timely, however.

explaining how this Court has jurisdiction over this appeal. Alternatively, you may file a motion to dismiss the appeal. Appellee may file a responsive letter brief of no more than 3 pages within 10 days of appellant's brief. If either party will be relying on information not in the record before this Court that party must obtain a supplemental clerk's record from the trial court containing that information. The deadline for filing the reporter's record is suspended.

After it has received briefs regarding the jurisdictional issue, the Court will either: (1) order the appeal dismissed for want of jurisdiction; or (2) notify the parties by letter that the Court has jurisdiction over the appeal and, if appropriate, of any pending deadlines. *We caution you that failure to file a jurisdictional brief may result in dismissal of the appeal without further notice.*

Respectfully,

/s/ Lisa Matz, Clerk of the Court


cc
Ms. Susan Hawk
Dallas County District Attorney
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 19
Dallas, TX, 7520

Ms. Mona Lisa Richard
Official Court Reporter
Probate Court No. 3
Records Building Annex
509 Main St., 2nd Floor
Dallas, Texas 75202 7


LM/bm